We'll hear argument in the next matter on today's argument calendar, Villiers v. Decker, 23437. Mr. Torrance. Good morning, Your Honor, and may it please the Court, Benjamin Torrance of the United States Attorney's Office, Southern District, on behalf of the government. What we're asking this Court for today is very straightforward. We're simply asking for a chance to prove to the District Court that its injunction against confinement of this particular petitioner should be modified to allow that confinement. In particular, we're asking that we be able to prove that Mr. Villiers violated the terms, the conditions of his release. That that violation constitutes a threat to the public safety and which would be weighed in the injunctive factors. And that the conditions at whatever facility he would be detained in, which would most likely be Orange County Jail, have changed sufficiently that that needs to be reweighed in the balance of the injunctive factors. The District Court, however, precluded us from proving that. In particular, with respect to the violation of conditions, namely our allegation that he has committed multiple crimes in the months since he was ordered released, the District Court issued a legal ruling that we could not prove that absent a conviction from the state court. Now, that's a legal error, and it appears that Mr. Villiers has now conceded that a conviction is not necessary for proof of a violation of his conditions. But you do concede, I think, that the District Court could say police reports are not enough, but if the government is seeking to have me revoke his release, a police report is not going to be enough. That would be certainly within the District Court's discretion to require the government to do more, right? I think that's absolutely correct, Your Honor, yes. Did you propose that to the District Court? When the District Court suggested that the arrest was not enough, did the government say, well, we'd want a hearing because we'll put witnesses on to prove that he, in fact, did commit this domestic abuse crime? Well, as we read the District Court's order, there would be no point in doing so because the District Court precluded us absolutely from offering anything short of a conviction. You know, the timing of this is important. The letters were completed. The letter briefing was completed on August 6th. The District Court issued its opinion on August 7th with a very short and, in our view, very clear ruling that absent a conviction, the District Judge would not hold that the conditions had been violated. Well, there was also, I think, what could be classified as an alternative ruling, that the conditions at the Orange County Jail were still going to jeopardize the petitioner here, right? It wasn't just limited to the issue of no conviction, right? That is correct. In fact, we think that that was error as well, however, because I think that once we have shown enough to trigger a proceeding in which the injunctive would be modified, we think that all the factors have to be reweighed on a preliminary injunction, at least. This, I think, results from this Court's decision in Sierra Club and Rule 54, I apologize for keep pulling on my mask, that any non-final judgment of the District Court can be altered at any time until it's made final, unlike a final judgment. Since this is a preliminary injunction and since we have shown that there have been, there's been a material change in circumstances, namely these multiple arrests, we should also be able to show there's a material change in circumstances with respect to the conditions at the Orange County Jail. And I will note that in the months since the District Court's decision regarding conditions at Orange County Jail, multiple District Courts in the Southern District of New York have held that conditions are not constitutionally inadequate at Orange County Jail. And- So essentially, the government needs us to clarify that there doesn't need to be a conviction. The government should be given an opportunity to prove that he committed the crime even before the state court proceedings are concluded. And then the government then would put forward, now would afford additional arrests, I think, since the District Court's decision. All that would go back before the District Court and whatever changed conditions there are with regard to confinement would also go back before the District Court. Is that essentially- That is precisely what we're asking this court to do. Yes. We don't really need to get into, I know you're saying there was an abuse of discretion with what the conditions were at Orange County, but I mean, we're far beyond that at this point anyway, right? I think that's absolutely correct, Your Honor. I think any court's determinations about conditions relating to COVID with the date of 2020 are now stale. Everything should be re-evaluated at this point. And, you know, without a thumb on the scale for the prior ruling of the District Court, but without a thumb on the scale the other way. But for the District Court's suggestion that you had to wait for the outcome of the state case, the government, in fact, could have, when the four additional arrests happened, gone back to the District Court and made those exact arguments. You're saying you didn't do that because you assumed it would be futile. I think that's right. I think we read the District Court's ruling as saying that the judge would not consider anything short of a conviction. And we have not challenged the underlying injunction that goes to all of the petitioners. We've only challenged as to this one because we do view it as, certainly at the time we filed our brief, at which, when we were writing the brief, he was at liberty. And, you know, at the present time, I believe he is now being confined by the state authorities. But at the time that we wrote the brief, we viewed this as a rapidly escalating threat to the public safety. And so we wanted to obtain the relief that Your Honor just described fairly urgently. With him in state custody, the urgency has dissipated somewhat, but, of course, that could change at any time. So just to be, for a little bit more clarity, what exactly is the error? There's the, as I understand it, one error that you assign or you would have us assign is the refusal to look at whether or not the petitioner committed a crime as opposed to was convicted of a crime. Another error I thought you wanted us to assign here was the district court judge's failure to assess the public interest. Yes, I think that's correct. I think that the first error that Your Honor just described, we view as very clear in the, this is at 61 of the special appendix, the last full paragraph, it says that, you know, the district judge is going to wait for a state court determination of commission of the crime. We think that that's legally wrong. The next error that Your Honor described is in the spillover paragraph. After that, admittedly, it's less clear as an error. But as we read this order, the district judge is saying that the findings that were made in the prior proceeding, namely the initial issuance of a preliminary injunction, those are going to stand, even though we had put in new declarations and new evidence showing, you know, changing conditions at the Orange County Jail. And in fact, of course, he was, at the time of the initial injunction, he was at the Bergen, New Jersey Jail, and now that we were proposing- So the refusal to consider change conditions in the facility. That's another error. Correct. Yes, I think that that was, the first error is an error of law. The second error is more a classic abuse of discretion. But we believe both were erroneous. And that's it. That's it. If the court has no further questions. Thank you. Thank you. We'll hear from the other side. Ms. Menchel. Good morning, Your Honor. May it please the Court. Brooke Menchel for Mr. Villiers. More than 14 months ago, the government asked the district court to modify its injunction in this case. And the government argued then, and has again today, that because Mr. Villiers had been arrested, he had necessarily committed a crime. They had the opportunity to prove that to the district court. I didn't hear them say that. They're saying that you don't have to wait for a conviction in the state court in order to revoke his release and detain him. And I think you agree with that on page 36, 38 of your brief. You say, we agree that the district court has the ability, prior to a conviction, to, if the paperwork's not enough to have a hearing- Yes, Your Honor. Detain your client because he committed a crime, even though he hasn't been convicted of a crime. Yes, Your Honor. You all agree on that, right? Yes, Your Honor. So then why wasn't there an error when the district court said, nor would it be appropriate for the court to- The district court said an arrest is not a conviction, which is obviously correct. But then said, nor would it be appropriate for the court to predetermine that issue, a proper venue for determining whether it's a respondent but not petitioner, has broken the law in New York State Court, where his charges are currently pending. The presumption of innocence remains with a defendant unless and until he's found guilty of a crime. I read that as saying, I'm not going to look at this issue until a state case is done. Why isn't that error? So, Your Honor, a few reasons. First of all, the paragraph on S.P.A. 61 that Your Honor's referring to, the sentence in the paragraph that reads that that petitioner was arrested is not proof that petitioner has committed a crime, is the court's holding here. The rest of the paragraph is dicta. And as a second matter, though, the district court here was interpreting its own injunction. So the district court is clarifying that under her injunction, committing a crime is not proven simply by arrest, and it was well within her discretion to make that determination. The fact that the two terms there simply... I know, but you could also look at the police reports. I noted to the government attorney that police reports aren't necessarily enough, but they could be enough. Suppose the police report had all types of witness interviews, police officer had seen a video of the domestic abuse incident. Police reports sometimes can be enough, right? I mean... But it seemed like the district court didn't even look at the police reports. It just said an arrest is not evidence of a crime or conviction, and said, I'm going to wait for the state court to resolve this. So respectfully, Honor, I would disagree that she didn't look at the police reports. I believe that... Where did she mention the police reports? Did she? I'm sorry? Where did she mention, say, I'm looking at the police reports, or I've reviewed the police reports, and I find it to be insufficient to prove that he committed a crime? Where is that? She didn't specifically mention the word police reports, but she did talk about how they had not presented evidence here right now to prove that he had committed a crime under her injunction. No, she just said an arrest is not a conviction, and then said, I'm leaving it to the state courts. I mean, I've read it myself several times, but I don't even know why we're debating this. If everybody agrees that the government, as we sit here today, could go right back before the district court now, with now four additional arrests, and, as you, I think, agree, present evidence that he committed these crimes beyond the police report if the district court doesn't think the police reports are sufficient, they could do that tomorrow, right? Your Honor, yes. I mean, the district court said on multiple occasions, both in the original preliminary injunction, which is still in place, in this order, it leaves open the opportunity for the government to go back and present additional evidence, and at no point in the last 14 months. I heard opposing counsel talk about how this was escalating in their view, but they made no effort then to return to the district court, and they've made no effort since to expedite this case. I think they're saying because of that language that we've talked about, they thought it would be futile that the district court is going to tell them I'm not acting until the state court proceeding is done. That's their reason for not going back, but certainly we can clarify that, right? So, I mean, I would say a few things about that, Your Honor. First of all, they never raised futility below. They never said to the district court, we read this to mean that you will never consider that. They never asked for reconsideration or anything along those lines. Second of all, they have not supported the fact that they believe that that finding would be futile, excuse me, that going back to the district court would be futile with any argument or any law to show how it would be appropriate in this instance to circumvent the district court's discretion in an area where the district court traditionally has very, very broad discretion. And I think that that's particularly true... What would be wrong... Excuse me? What would be wrong with remanding to make sure that the district court properly understood that a commission of a crime can be enough to revoke? And just so that we can clarify this, to the extent that there was some misunderstanding, set aside futility, just some misunderstanding, which I think you acknowledge may have occurred, what's wrong with remanding so that that misunderstanding is eliminated? Your Honor, I think that the court certainly could remand, but I don't believe that that would be the proper course here because, again, the district court was asked to modify its own injunction. In doing so, could only review the record before it. Now the government is asking this court to review a dramatically expanded record and arguments, frankly, that were never presented to the district court and to do so on a de novo review. And where there is an existing district court injunction, the district court has broad discretion to interpret its own injunction. And I would also say that even had the court determined that... Isn't there a limit to the ability of a district court judge to interpret her own injunction? So where it says commit, isn't there a set of circumstances under which a... Because, you know, we've got settled expectations of parties here. But aren't there circumstances under which a district court judge might be mistaken in her reading of her own injunction? I mean, Your Honor, I think that the circumstances would be those that are in place for modifying an injunction. So you agree that there are circumstances? There could be, yes. So why... And I'm trying to understand why is this not one of those where the word commit a crime or that phrase appears. And it seems, I think by your own acknowledgement, inconsistent with how the district court judge here eventually read those terms. I don't think it is inconsistent, Your Honor. I think that she said they haven't proved that they have... That he committed any crime because they were equating commit with arrest and that that didn't prove the point they were trying to demonstrate. And so I don't think that she erred. I think that the limit that you asked about, Your Honor, would be where there's a clear error or an inappropriate legal standard or an incorrect legal standard. And I don't think that either of those exist here. The district court has reviewed the record that the government put forward, reviewed all of the evidence, and by... So if we... Let's say we agree with you and we said we think the district court... Inartfully phrased, the district court understood that the government should have the opportunity to present evidence that he committed the crime before conviction. And we affirmed they could still go tomorrow now with four additional arrests then and we would litigate this issue completely based upon now there being five arrests since he was released and whatever change conditions there are regarding COVID in the jail, right? There could, Your Honor, but I believe that that actually points to the exact problem with the posture that the government is trying to take here. The government submitted shortly after they filed their merits brief a letter regarding one of the claims that was made in an arrest report. I believe it's Documentary 49 regarding allegations regarding a firearm, which then they came back and said, actually, this is not true. We're asking you now for the circuit to believe counsel's representations regarding what had changed. And I think that that's exactly the problem is that all these... Is that arrest reports change. The posture of criminal cases change. We've discussed in our brief how a number of the counts had been dismissed since the government had originally briefed this matter. And that's a matter for the district court to evaluate all of the facts and assess all of the facts that are presented to it. And what the government chose to present before the district court and not go back in the last 14 months was simply the arrest reports and nothing more. And I believe that the government's... You would agree on the issue of Orange County jail conditions generally that it's still whatever... If there were a renewed application obviously that would have to be looked at anew, right?    put forward new evidence related to the conditions if they saw fit. And also to his health. And I think that that's an issue that we need to address and we need to address his health care and his health condition and anything and everything that has transpired in the interim. Thank you very much. I think that because there is no clear error we ask that the court affirm the lower court's decision. Mr. Torrance? I think you've reserved some time for rebuttal. Is that right? Yes, thank you, Your Honor. But I hope not to use it all. We are certainly not saying that an arrest is conclusive proof that a crime was committed. It is evidence that is enough to trigger our going back to the district court and asking the ability to modify the injunction but we are certainly not saying it's conclusive proof. We are not in any way trying to circumvent the district court's discretion. What we asked for in our reconsideration is to make clear that the government was prepared to put on evidence beyond the police report to prove this was a commission of a crime and now what are four others. So many months have gone by. Why didn't you seek some clarification of that language that was in there? Right. So, you know, on the one hand I think the law is clear that nobody is required to seek reconsideration. I understand that but so many months have gone by and there's been four additional arrests the government says it's concerned about and never went back to the district court to seek clarification. I'm hesitating a little because some of this is internal deliberations but around the time that we filed the blue brief in this case we were seriously considering doing that because we did think that this situation had the repetition of the violent conduct that's reflected in the police reports and the state court charges was very concerning to us. However, the last arrest was three days before we filed our blue brief. It became at the time of the blue brief we did not know what his detention status would be but it became clear fairly soon after that that he would not be posting bail in the state court and so we were considering asking this court to expedite proceedings we were considering going back to the district court as your honor just suggested we decided it would not be given that change in the circumstances it would not be wise to do so. If the court has no further questions we ask for the district court's order to   Thank you, your honor. Thank you very much. We'll reserve decision in that matter for the next hearing. Thank you.